# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LILLIE MATHEWS, ) | |
| ) | 2:09cv1185 |
| Plaintiff, ) | Electronic Filing |
| ) | |
| v. ) | Judge Cercone |
| ) | Magistrate Judge Bissoon |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

On December 16, 2009, this case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On May 7, 2010, the magistrate judge issued a Report (Doc. 14) recommending that Defendant's Motion for Summary Judgment (Doc. 12) be granted, and that Plaintiff's Motion for Summary Judgment (Doc. 10) be denied. Service of the Report and Recommendation was made on the parties, and Plaintiff filed Objections on May 18, 2010. *See* Doc. 15.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

AND NOW, on this 27 day of May, 2010, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (**Doc. 12**) is **GRANTED**, and Plaintiff's Motion for Summary Judgment (**Doc. 10**) is **DENIED**.

The Report and Recommendation of Magistrate Judge Bissoon dated May 7, 2010, is hereby adopted as the opinion of the District Court.

/s/ David Stewart Cercone
David Stewart Cercone
United States District Judge

cc: Honorable Cathy Bissoon
United States Magistrate Judge

All counsel of record (via CM/ECF):